JD:DJL
F. #2018R00266

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SERGEY DEMIDENKO and
JAMES BOCCANFUSCO,

                 Defendants.

- - - - - - - - - - - - X

FILED
CLERK

2018 FEB 28   AM 11:32

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

I N D I C T M E N T

Cr. No. CR 18 0104
(T. 18, U.S.C., §§ 981(a)(1)(C), 2113(a), 2
and 3551 et seq.; T. 21, U.S.C., § 853(p); T.
28, U.S.C., § 2461(c))

CHEN, J.

LEVY, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Bank Robbery)

1. On or about January 16, 2018, within the Eastern District of New York and elsewhere, the defendants SERGEY DEMIDENKO and JAMES BOCCANFUSCO did knowingly and intentionally take by force, violence and intimidation, from the person and presence of one or more employees of a Capital One Savings Bank branch, located at 516 Fifth Avenue, Brooklyn, New York, money in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

(Title 18, United States Code, Sections 2113(a), 2 and 3551 et seq.)

## COUNT TWO
(Bank Robbery)

2. On or about January 18, 2018, within the District of New Jersey, the defendants SERGEY DEMIDENKO and JAMES BOCCANFUSCO did knowingly and intentionally take by force, violence and intimidation, from the person and presence of one or more employees of a Chase Bank branch, located at 447 Martin Truex Jr. Boulevard, Manahawkin, New Jersey, money in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

(Title 18, United States Code, Sections 2113(a), 2 and 3551 et seq.)

## COUNT THREE
(Bank Robbery)

3. On or about January 24, 2018, within the District of New Jersey, the defendants SERGEY DEMIDENKO and JAMES BOCCANFUSCO did knowingly and intentionally take by force, violence and intimidation, from the person and presence of one or more employees of a Wells Fargo Bank branch, located at 273 West White Horse Pike, Galloway Township, New Jersey, money in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

(Title 18, United States Code, Sections 2113(a), 2 and 3551 et seq.)

## COUNT FOUR
(Bank Robbery)

4. On or about January 25, 2018, within the Eastern District of New York and elsewhere, the defendants SERGEY DEMIDENKO and JAMES BOCCANFUSCO did knowingly and intentionally take by force, violence and intimidation, from the person and presence of one or more employees of a Roslyn Savings Bank branch, located at 6199 Sunrise Highway, Massapequa, New York, money in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

(Title 18, United States Code, Sections 2113(a), 2 and 3551 et seq.)

## COUNT FIVE
(Bank Robbery)

5. On or about January 25, 2018, within the Eastern District of New York and elsewhere, the defendants SERGEY DEMIDENKO and JAMES BOCCANFUSCO did knowingly and intentionally attempt to take by force, violence and intimidation, from the person and presence of one or more employees of a Chase Bank branch, located at 1722 Avenue U and East 18th Street, Brooklyn, New York, money in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

(Title 18, United States Code, Sections 2113(a), 2 and 3551 et seq.)

## COUNT SIX
(Bank Robbery)

6.      On or about January 26, 2018, within the District of New Jersey, the defendants SERGEY DEMIDENKO and JAMES BOCCANFUSCO did knowingly and intentionally attempt to take by force, violence and intimidation, from the person and presence of one or more employees of a Wells Fargo Bank branch, located at 297 West Route 72, Manahawkin, New Jersey, money in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

(Title 18, United States Code, Sections 2113(a), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

7.      The United States hereby gives notice to the defendants that, upon their conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

8.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a)     cannot be located upon the exercise of due diligence;

    (b)     has been transferred or sold to, or deposited with, a third party;

    (c)     has been placed beyond the jurisdiction of the court;

4

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2018R0266

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*SERGEY DEMIDENKO and JAMES BOCCANFUSCO,*

Defendants.

## INDICTMENT

(T. 18, U.S.C., §§ 981(a)(1)(C), 2113(a), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*David J. Lizmi, Assistant U.S. Attorney (718) 254-7010*